UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **BRIAN DEZZUTTI, individually and on behalf of all others similarly situated,**<br><br>v.<br><br>**NOBLE ENVIRONMENTAL SPECIALTY SERVICES, LLC.** | Docket No. 2:19-cv-01026 - MJH<br><br>**JURY TRIAL DEMANDED**<br><br>**CLASS/COLLECTIVE ACTION**<br><br>**PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23** |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

Plaintiff Brian Dezzutti, individually and on behalf of all other similarly situated employees (collectively, "Plaintiffs"), and Defendant Noble Environmental Specialty Services, LLC ("Defendant") have reached a proposed settlement for Plaintiff's class and collective action claims for unpaid overtime wages arising from the Fair Labor Standards Act ("FLSA") and the wage-and-hour-laws of Pennsylvania and West Virginia, and Plaintiff, accordingly, files this unopposed motion for preliminary approval the settlement reached in this case. Plaintiff's Motion is supported by a Memorandum of Law, submitted contemporaneously herein. Plaintiff's Motion is likewise supported by the Settlement Agreement (Exhibit 1 of Memorandum of Law) and a declaration from Plaintiff's Counsel (Exhibit 2 of Memorandum of Law). Plaintiff respectfully request that the Court preliminarily approve the settlement.

Respectfully submitted,

By:/s/*Andrew W. Dunlap*
Michael A. Josephson
PA Bar No. 308410
Andrew W. Dunlap
Texas Bar No. 24078444
(*Admitted Pro Hac Vice*)

        11 Greenway Plaza, Suite 3050
        Houston, Texas 77046
        Telephone:   (713) 352-1100
        Telecopier:   (713) 352-3300
        mjosephson@mybackwages.com
        adunlap@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

Joshua P. Geist
PA I.D. No. 85745
**Goodrich & Geist, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This pleading was served on all counsel of record via the Court's CM/ECF system in compliance with Rule 5 of the Federal Rules of Civil Procedure on August 7, 2020.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

Pursuant to the parties' settlement agreement, Noble is unopposed to the relief requested herein.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap