# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| **BRIAN DEZZUTTI, individually and on behalf of all others similarly situated,**<br><br>v.<br><br>**NOBLE ENVIRONMENTAL SPECIALTY SERVICES, LLC.** | Docket No. 2:19-cv-01026 - MJH<br><br>JURY TRIAL DEMANDED<br><br>CLASS/COLLECTIVE ACTION<br><br>PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |

## ORDER GRANTING STIPULATION OF DISMISSAL

With agreement of the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby DISMISSED with prejudice. Each party shall bear its own fees and costs.

Signed on this 16th day of September 2020.

_____
**UNITED STATES DISTRICT JUDGE**